HARD
M/P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. '21 MJ4071 |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| | ) Title 8, USC 1324(a)(1)(A)(ii) |
| | ) Transportation of Illegal Aliens |
| Byron Curtis CROFORD, | ) Title 8, USC 1324(a)(2)(B)(iii) |
| Evaristo CONTRERAS, | ) Bringing in Illegal Aliens Without |
| Francisco Javier LOERA-Rios | ) Presentation |
| Defendants. | ) |

The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about October 26, 2021, within the Southern District of California, defendant Byron Curtis CROFORD and Evaristo CONTRERAS, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Edy GARCIA-Mendez, Carlos VEGA-Perez, Ramiro VEGA-Perez and Luis Enrique VELAZQUEZ-Ortiz, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

COUNT TWO

On or about October 26, 2021 within the Southern District of California, defendant Francisco Javier LOERA-Rios, knowingly or in reckless disregard of the fact that certain aliens, namely, Edy GARCIA-Mendez, Carlos VEGA-Perez, Ramiro VEGA-Perez and Luis Enrique VELAZQUEZ-Ortiz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jon D. Bowen
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 27, 2021

HON. MICHAEL S. BERG
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Byron Curtis CROFORD,
Evaristo CONTRERAS, Francisco Javier LOERA-Rios

## PROBABLE CAUSE STATEMENT

The complainant states that Edy GARCIA-Mendez, Carlos VEGA-Perez, Ramiro VEGA-Perez and Luis Enrique VELAZQUEZ-Ortiz, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 26, 2021, Border Patrol Agents R. Castro, F. Hurtado, M. Correa and J. Lechuga were conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 6:00 AM, a Mobile Surveillance Capabilities operator, Border Patrol Agent D. Gardner, reported a group of individuals hiding in the brush located above a slope north of the East Mesa Juvenile Detention Facility parking lot. Agent Hurtado responded and positioned his vehicle at a strategic location to monitor arriving vehicles and the brush line where the individuals were believed to be hiding. At approximately 7:36 AM, Agent Castro and Agent Hurtado observed a driver, later identified as Byron Curtis CROFORD, driving a black Lincoln Navigator into the East Mesa Juvenile Detention Facility parking lot. CROFORD made a hasty U-turn, traveled out onto southbound Alta Road, and then stopped in the middle of the road. At approximately 7:37 AM, Agent Castro observed five individuals wearing dark colored jackets and pants running out of the bushes and into the black Lincoln Navigator. Agents working in the vicinity observed the vehicle and continued to follow it. Agent Correa successfully deployed a controlled tire deflation device on the vehicle. At approximately 7:41 AM, Agent Lechuga initiated a vehicle stop.

At approximately 7:42 AM, Agent Hurtado identified himself as a United States Border Patrol Agent and performed an immigration inspection. Five of the passengers, later identified as the defendant, Francisco Javier LOERA-Rios, and material witnesses, Edy GARCIA-Mendez, Carlos VEGA-Perez, Ramiro VEGA-Perez, and Luis Enrique VELAZQUEZ-Ortiz, stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. The sixth passenger, later identified as the defendant, Evaristo CONTRERAS, stated that he is a United States citizen. At approximately 7:42 AM, Agent Hurtado placed GARCIA, LOERA, Carlos VEGA-Perez, Ramiro VEGA-Perez, and VELAZQUEZ under arrest. At approximately 7:44 AM, Agent Hurtado placed CROFORD and CONTRERAS under arrest.

The defendant, Evaristo CONTRERAS, was read his Miranda rights. CONTRERAS stated he

CONTINUATION OF COMPLAINT:
Byron Curtis CROFORD,
Evaristo CONTRERAS, Francisco Javier LOERA-Rios

understood his Miranda rights and was willing to speak without an attorney present. CONTRERAS stated he asked defendant CROFORD for a ride from Hemet, California, to the Juvenile Facility to visit CONTRERAS' nephew. CONTRERAS claimed to have been asleep in the back seat immediately behind CROFORD, which was the driver. When CONTRERAS woke up, he observed five individuals running towards the vehicle. CONTRERAS stated that CROFORD told him that there were people coming towards the vehicle. CONTRERAS stated that he is used to helping people and just wanted to help the individuals because they looked scared. CONTRERAS stated that he asked the five individuals if "they had papers," and if they had a "guide."

The defendant, Francisco Javier LOERA-Rios, was read his Miranda rights. LOERA stated he understood his Miranda rights and was willing to speak without an attorney present. LOERA stated that he is a citizen and national of Mexico, and does not have any documents that would allow him to enter or remain in the United States legally. LOERA admitted that he was smuggling the group of four individuals for financial gain. LOERA stated that he was going to be paid $1000 USD per individual.

Material witnesses, GARCIA, Carlos VEGA-Perez, Ramiro VEGA-Perez, and VELAZQUEZ, admitted to being citizens of Mexico, and to not having any documents that would allow them to enter or remain in the United States legally. GARCIA, Carlos VEGA-Perez, Ramiro VEGA-Perez, and VELAZQUEZ admitted to making smuggling arrangements and agreed to pay in between approximately $7,000 to $9,500 USD, if successfully smuggled into the United States. GARCIA, Carlos VEGA-Perez, Ramiro VEGA-Perez and VELAZQUEZ stated that they were given instructions by the defendant, LOERA, to make illegal entry by walking around the United States/Mexico International Boundary fence to the pick-up location. GARCIA stated that they walked for approximately two days and were told by their guide, LOERA, that they had to keep up or be left behind. Ramiro VEGA-Perez stated LOERA smuggled him and the rest of the individuals to an area near a prison. GARCIA stated LOERA told him that a male individual driving a black Lincoln Navigator would pick them up. Ramiro VEGA-Perez and VELAZQUEZ stated LOERA instructed the group to get in the black vehicle. Ramiro VEGA-Perez stated that five people got into the vehicle, including the individual who guided the group.

When shown a photographic lineup, Carlos VEGA-Perez was able to positively identify the driver of the vehicle as the defendant, CROFORD. GARCIA, Carlos VEGA-Perez, Ramiro VEGA-Perez and VELAZQUEZ were able to identify the defendant, LOERA, as the individual

**CONTINUATION OF COMPLAINT:**
**Byron Curtis CROFORD,**
**Evaristo CONTRERAS, Francisco Javier LOERA-Rios**

who guided this group illegally into the United States.